| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MARILYN WOODS, §
§
        Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:12-CV-276
§
TURNER INDUSTRIES GROUP, LLC, and §
DANIEL ATCHLEY, §
§
        Defendants. §

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order signed July 24, 2013, granting summary judgment against Plaintiff Marilyn Woods ("Woods") with respect to her claims under Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e—2000e-17, and the Texas Commission on Human Rights Act, TEX. LABOR CODE § 21.051, and the court's Order signed July 24, 2013, remanding Woods's state law claim for assault against Daniel Atchley, the court enters final judgment in favor of Defendant Turner Industries Group, LLC. Woods shall take nothing by her suit.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 24th day of July, 2013.

                                                   _Marcia A. Crone_
                                                 MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE