# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-40905
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
April 17, 2014
Lyle W. Cayce
Clerk

D.C. Docket No. 1:12-CV-276

MARILYN WOODS,

    Plaintiff - Appellant

v.

TURNER INDUSTRIES GROUP, L.L.C.,

    Defendant - Appellee

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 2 6 2014

DAVID J MALAND, CLERK
BY
DEPUTY

Appeal from the United States District Court for the
Eastern District of Texas, Beaumont

Before WIENER, OWEN, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana

ISSUED AS MANDATE:

1 2 MAY 2014

1 2 MAY 2014